| | |
|---|---|
| 1 | David C. Kresin (019858) |
| | ROBAINA & KRESIN PLLC |
| 2 | One E. Camelback Road, Suite 710 |
| | Phoenix, Arizona 85012 |
| 3 | Telephone: (602) 682-6450 |
| | Facsimile: (602) 682-6455 |
| 4 | dck@robainalaw.com |
| | Attorneys for Defendant |
| 5 | Reliable Auto Glass, LLC |

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel M. Quinonez, an unmarried individual, | No. 12-CV-00452-PHX-GMS |
| Plaintiff, | **DEFENDANT RELIABLE AUTO GLASS, LLC'S NOTICE OF SERVICE OF INITIAL RULE 26(A) DISCLOSURE STATEMENT** |
| vs. | |
| Reliable Auto Glass, LLC, *et al.*, | |
| Defendants. | |

Defendant Reliable Auto Glass, LLC hereby gives notice that on October 19, 2012, Defendant served Plaintiff with Defendant's Initial Rule 26(a) Disclosure Statement by placing the original in the United States mail.

DATED this 19th day of October, 2012.

ROBAINA & KRESIN, P.L.L.C.

By /s/David C. Kresin
   David C. Kresin
   Attorneys for Defendant
   Reliable Auto Glass, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th of October, 2012, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Christopher J. Piekarski
Nathan J. Brelsford
Piekarski & Breslford, P.C.
2633 E. Indian School Rd., Ste. 460
Phoenix, AZ 85016

By /s/David C. Kresin