David C. Kresin (019858)
ROBAINA & KRESIN PLLC
One E. Camelback Road, Suite 710
Phoenix, Arizona 85012
Telephone: (602) 682-6450
Facsimile: (602) 682-6455
dck@robainalaw.com

Attorneys for Defendant Reliable Auto Glass, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel M. Quinonez, an unmarried individual,<br><br>    Plaintiff,<br>vs.<br><br>Reliable Auto Glass, LLC, *et al.*,<br><br>    Defendants. | No. 12-CV-00452-PHX-GMS<br><br>**DEFENDANT'S NOTICE OF SERVICE OF SUPPLEMENTAL DISCLOSURE STATEMENT** |

Defendant Reliable Auto Glass, LLC hereby gives notice that on March 14, 2013, Defendant served Plaintiff, through counsel listed below, with its First Supplemental Disclosure Statement by placing the original in the U.S. mail.

DATED this 15th day of March, 2013.

                                                        ROBAINA & KRESIN, P.L.L.C.

                                                        By /s/David C. Kresin
                                                             David C. Kresin
                                                             Attorneys for Defendant
                                                             Reliable Auto Glass, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2013, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Christopher J. Piekarski
Nathan J. Brelsford
Piekarski & Breslford, P.C.
2633 E. Indian School Rd., Suite 460
Phoenix, AZ 85016
Attorneys for Plaintiff

                                                            By /s/David C. Kresin