IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel M. Quinonez, an unmarried individual,<br><br>Plaintiff,<br><br>v.<br><br>Reliable Auto Glass, LLC, *et al.*,<br><br>Defendants. | No. CV-12-000452-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss Case With Prejudice (Doc. 30) and good cause appearing,

**IT IS ORDERED** that the Stipulation is granted and this matter is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 10th day of April, 2013.

*G. Murray Snow*
G. Murray Snow
United States District Judge